UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| TOMAS SUXSTORF, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>      Defendant. | Case No.: 2:21-cv-1024<br><br><br><br><br><br>Hon. Stephen C. Dries |

**PLAINTIFF'S MOTION TO REMAND TO MILWAUKEE COUNTY CIRCUIT COURT AND AWARD COSTS PURSUANT TO 28 U.S.C. § 1447(c)**

Plaintiff Tomas Suxstorf, through counsel, respectfully requests that this Court enter an Order remanding this matter to Milwaukee County Circuit Court pursuant to 28 U.S.C. § 1447(c). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that this Court: (1) remand the case to Milwaukee County Circuit Court, (2) award Plaintiff the attorney fees incurred as a result of Defendant's improper removal, and (3) grant such further relief as the Court deems just and equitable.

Respectfully submitted,

Dated: September 14, 2021

                                **ADEMI LLP**

              By:   /s/ Ben J. Slatky
                      Ben J. Slatky
                      3620 East Layton Avenue
                      Cudahy, WI 53110
                      Phone No.: 414.482.8000
                      Fax No.: 414.482.8001
                      E-mail: bslatky@ademilaw.com