

**ATTORNEYS AT LAW**

**MILWAUKEE | MADISON**

GURI ADEMI
SHPETIM ADEMI
JOHN D. BLYTHIN
JESSE FRUCHTER
BEN J. SLATY

3620 EAST LAYTON AVENUE
CUDAHY, WISCONSIN 53110

TELEPHONE: (414) 482-8000
FACSIMILE: (414) 482-8001

**August 26, 2022**

<u>*Via Electronic Filing System*</u>
Hon. Judge Pamela Pepper
United States Federal Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

> **Re:** **_Order on Motion to Remand_**
> **_Suxstorf v. Portfolio Recovery Associates, LLC_**
> **_Case No. 21-cv-1024_**

Dear Judge Pepper:

On August 12, 2022, the Court entered an Order Granting Plaintiff's Motion to Remand, which awarded Plaintiff costs and fees resulting from the removal (the "Order") (Dkt. No. 16). The Order additionally provided for Plaintiff to file an accounting of such costs and fees by August 26, 2022 and for Defendant to file any objection by September 2, 2022. *Id*.

Please allow this correspondence to notify the Court that all issues in connection with the award of costs and fees have been resolved between the parties. Accordingly, the parties do not intend to make any further submissions unless otherwise directed by the Court.

Very truly yours,

/s/ Ben J. Slatky
Ben J. Slatky

CC (*via ECF*): Avanti Bakane, *Attorney for Defendant*